EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 563-2022-01253 |

and EEOC
State or local Agency, if any

**Name** (indicate Mr., Ms., Mrs.): Leejamahl A Washington c/o Edelman, Liesen & Myers, L.L.P.
**Home Phone** (Incl. Area): (816) 301-4056
**Date of Birth**:

**Street Address**: 208 W. Linwood Blvd.,
**City, State and ZIP Code**: Kansas City, Missouri 64111

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: Unified Government of Wyandotte County/Kansas City, Kansas Fire Dept.
**No. Employees, Members**: 500+
**Phone No.** (Include Area Code):

**Street Address**: 701 N 7th St
**City, State and ZIP Code**: Kansas City, Kansas 66101

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest                Latest
                        **Present**

☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Leejamahl A Washington, bring this Charge of Discrimination against the Respondents— Unified Government of Wyandotte County/Kansas City, Kansas, the City of Kansas City, Kansas Fire Department. Unified Government of Wyandotte County/Kansas City ("UG"), is an employer within the meaning of the Kansas Act Against Discrimination (KSA § 44-1002(b)) and Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e (b)). The Kansas and City of Kansas City, Kansas Fire Department ("Fire Department") is a department within the Respondent. It is my understanding that the Fire Department is not a separate entity against which a claim for discrimination may be brought, and that the UG is liable for any and all actions of the Fire Department and its officers or other leaders, as if those officers/leaders worked for the UG (which they do).

The specific facts that give rise to my claims of race and color discrimination and retaliation are as follows:

I am an African American man. I began working for the Unified Government of Wyandotte County/Kansas City, Kansas and the City of Kansas City, Kansas Fire Department in approximately 2001. During my employment with Respondent, I have witnessed a pattern and practice of African American employees being discriminated against and retaliated against. This includes moving black employees from station to station frequently instead of giving them a set station, preventing black employees from being promoted, segregating black employees by station, and disciplining and terminating black employees for things that white employees were not disciplined for.

In 2002, within my first year on the job, I walked into the break room and observed other employees wearing Nazi memorabilia with swastikas on it. I reported this to my captain at the time, but nothing was ever done about it and no one was ever disciplined.

Years later, I witnessed a noose in the fire station number 18. I reported this to Human Resources but nothing was ever done about it. Throughout my years in the fire department, I have been threatened with discipline and termination for things other employees who were white were not disciplined for or threatened with discipline or termination for. During my tenure with the fire department, Chief John Paul Jones disciplined and threatened to terminate me over a Facebook post that did not violate Respondent's Social Media policy. He also had me moved to Station 10, which was known as the station where several other black firefighters were sent. Station 10 was informally known as the "Black Fire Station" within the KCKFD. I was also trained to work as a driver, which offered more pay, but he also took this away from me and told me I was not allowed to fill in as a driver any longer. I complained to Human Resources and to the EEOC numerous times about this treatment, but Respondent never did anything about it. Because of the stress and anxiety of being discriminated against and retaliated against, I had to be prescribed medicine for stress and anxiety for several years.

In April of 2021, I testified in the trial of another employee, Jyan Harris, who had been discriminated against because of his race and retaliated against after making complaints of discrimination. Following testimony in the case, a jury found that this employee was discriminated against and awarded him damages. After my testimony, I found that I was treated increasingly worse. I was moved from station to station frequently instead of being allowed to stay at my permanent station, number 16. Approximately eight out of every ten shifts I was sent to stations considered to be the stations for black firefighters, which was stations 10 and 7. Being moved around daily is difficult for a firefighter and is in violation of Respondent's policies. Being moved means a firefighter never knows what to expect at work each day because each station has its own procedures and rules. Moving a firefighter frequently prevents a firefighter, who is living at a station for 24-hour periods, from having consistency on the job, causes them to have to travel all of the time, pack up and move their gear and bedding frequently, makes it unclear what bed they will be sleeping in every day and prevents them from having the ability to make meaningful connections with the firefighters at their station. Firefighters go through a bidding process for a station of their choosing and moving a firefighter circumvents this process and causes a long-time firefighter, who has earned the right to choose his station, to be treated as a new firefighter on the job. I did not see other white employees being moved around this way. I complained to Human Resources about my treatment, but nothing ever happened and they never got back to me.

On or about September 2, 2021, there was an incident between myself and Captain Blackwell (who is white) over a light switch. Blackwell asked me to turn on the light switch and because I have some light sensitivity to my eyes, I did not do this. Everyone knew I had this eye sensitivity and I had conversations with Blackwell about this. I had the light off and Blackwell came in and turned it on. When he left the room, I turned it off and he came back in and turned it on. Later, he stated he gave me a direct order to turn it on (which was not the case), and he wrote me up for refusing a direct order and abusive language/conduct. I had never seen any white employee written up for something so minor. I have frequently seen white employees have disagreements or not do what a captain has said and not get written up.

While Blackwell was writing me up, another employee (who was white) heard Blackwell speaking to acting battalion chief Chris Ruth (who was also white). Blackwell commented to Ruth that when Blackwell wrote up the incident involving me, it did not sound that bad. Ruth responded, well put more in it then, indicating that he should try to make the allegations against me sound as bad as possible, whether it was truthful or not. Blackwell responded "he is going to feel the full wrath of Bill Blackwell." I believe he did this and said these things because of my race and because of my prior complaints of discrimination and my opposition to discrimination against others. On November 15, 2021, I was suspended without pay. I again made complaints to Human Resources about this discrimination, but I never heard back from them. Following my treatment by Respondents I again had to go on medicine for anxiety and depression.

I believe I was discriminated against and suspended because of race and in retaliation for my complaints about this discrimination and in retaliation of my opposing discrimination against others. As a result of Respondents' actions, I am seeking back-pay, front-pay, emotional distress damages, punitive damages, attorney's fees, and any other remedy the Commission deems appropriate.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2-14-22         *[signature]*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 5 (11/09)